# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIM. NO. 12-670

ISAURO GUILLEN-SALAS :

## ORDER

AND NOW, this 29th day of May, 2014, upon Motion of the Government to Dismiss Count Two of the Indictment in the above-captioned matter, and upon no objection from the defendant, the government's Motion is granted. Count Two of the Indictment in the above-captioned matter is DISMISSED without prejudice.

BY THE COURT:

_____
HONORABLE J. CURTIS JOYNER
United States District Judge