# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 12-670 |
| | : | |
| **ISUARO GUILLEN-SALAS** | : | |

## ORDER

**AND NOW**, this 20th day of August 2021, upon considering the United States' Status Memorandum (ECF Doc. No. 45) responsive to our August 18, 2021 Order (ECF Doc. No. 44) relating to how Defendant's release from prison affects his pro se Motion for reduction of sentence (ECF Doc. No. 40), now learning the Defendant has been deported and mindful did not move for a termination of supervised release which may otherwise be unavailable for his stated grounds subject to further analysis, but mindful Defendant's stated request is now moot, it is **ORDERED** Defendant's Motion (ECF Doc. No. 40) is **DENIED** as moot.

_____
**KEARNEY, J.**